UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JEFFERY TAYLOR, | ) | |
| | ) | Civil No. 10-342-GFVT |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| KEN MOBLEY, et al., | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court upon the Motion to Dismiss for Failure to Prosecute or in the Alternative, to Compel Discovery, filed by the defendants. [*See* R. 13.] Plaintiff Jeffery Taylor filed a prisoner civil rights action in December of 2010. [R. 2.] Consistent with local practice, this matter was referred to Magistrate Judge Robert E. Wier and reassigned to Magistrate Judge Hanly A. Ingram. [R. 1, 11.] Judge Ingram filed a Report and Recommendation on the motion to dismiss ("R&R") [R. 17] on June 22, 2011. Therein, he recommends that the Court deny the motion to dismiss. [*Id.*] Judge Ingram found that dismissal of the action is not warranted based on application of the four part test in *U.S. v. Reyes*, 307 F.3d 451, 458 (6th Cir. 2002), but has granted the defendants' requested alternative relief. [*See* R. 18.]

In this case, the parties were specifically advised that any objections to the R&R had to be filed within fourteen days. [R. 17.] Neither party objected and the time for doing so has elapsed. Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 150

(1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's recommendation.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [R. 17] is **ADOPTED** as and for the opinion of this Court; and

2. The Defendants' Motion to Dismiss for Failure to Prosecute [R. 13] is **DENIED in part**.

This the 13th day of July, 2011.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge